[No. 64649-4-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY IVAN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02006-0, Susan J. Craighead, J., entered December 21, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 65059-9-I.   Division One.   November 8, 2010.]

*In the Matter of the Dependency of* L.V.M.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CECILIA MAYO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-7-03904-4, Harry J. McCarthy, J., entered February 10, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 65751-8-I.   Division One.   November 8, 2010.]

*In the Matter of the Personal Restraint of* SAMUEL KENNETH McDONOUGH, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 39035-3-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL DAJON LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01100-3, John F. Nichols, J., entered February 6, 2009. *Remanded* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.